IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLAUDIO SEGURA-SANCHEZ, : 4:CV-10-461

    Petitioner : (Judge McClure)

    v. : (Magistrate Judge Carlson)

WARDEN T. R. SNIEZEK, :

    Respondent :

**M E M O R A N D U M**

November 23, 2010

**BACKGROUND:**

On March 2, 2010, Claudio Segura-Sanchez, petitioner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. In this petition, Segura-Sanchez sought a review of the calculation of his sentence, contending that he should receive additional credit for the approximately 14 months time he spent in custody from August 2007 through October 2008. By order of October 7, 2010, the court referred the petition to Magistrate Judge Martin C. Carlson for review and preparation of a report and recommendation.

On October 13, 2010, Magistrate Judge Carlson filed a 13-page report and recommendation, in which he thoroughly reviewed and evaluated Segura-Sanchez's petition, concluding with the recommendation that the petition be

dismissed, as the Bureau of Prisons' sentence calculation fully comports with the law, and provides Sanchez all the credit he is entitled to receive.

The court agrees with the magistrate judge's analysis and conclusions and will not rehash his reasoning here. Suffice it so say that the court agrees completely with the magistrate judge.

   s/ James F. McClure, Jr.
James F. McClure, Jr.
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDIO SEGURA-SANCHEZ, | : | 4:CV-10-461 |
| Petitioner | : | (Judge McClure) |
| v. | : | (Magistrate Judge Carlson) |
| WARDEN T. R. SNIEZEK, | : | |
| Respondent | : | |

**O R D E R**
November 23, 2010

For the reasons set forth in the accompanying memorandum,

**IT IS ORDERED THAT:**

1. The petition for writ of habeas corpus filed by Claudio Segura-Sanchez (Rec. Doc. No. 1, filed March 2, 2010) is dismissed.

2. The report and recommendation of United States Magistrate Judge Martin C. Carlson (Rec. Doc. No. 13, filed October 13, 2010) is approved and adopted in full.

3. The clerk is directed to close the case file.

    s/ James F. McClure, Jr.
James F. McClure, Jr.
United States District Judge